# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

J & J SPORTS PRODUCTIONS, INC.                              PLAINTIFF

v.                        No. 3:17-cv-94-DPM

DONNA FORD, also known as
Donna Jean Ford, individually
and d/b/a Backdour Club                                     DEFENDANT

## ORDER

J & J's motion for costs and fees, № 15, is granted. The hourly rates are too high for West Memphis. But the overall amounts requested are reasonable. 47 U.S.C. § 605(e)(3)(B)(iii). Plus, the good results were achieved efficiently. The Court therefore awards $1,434.93 in costs and $2,149.00 in attorney's fees.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 June 2018