# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

J & J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF

v.                           No. 3:17-cv-94-DPM

DONNA FORD, also known as
Donna Jean Ford, individually
and d/b/a Backdour Club                                           DEFENDANT

## JUDGMENT

The Court enters judgment for J & J Sports Productions against Donna Ford for a total of $9,583.93. That represents $3,000.00 in statutory damages, $3,000.00 in enhanced damages, $1,434.93 in costs, and $2,149.00 in attorney's fees. Post-judgment interest will accrue at 2.31% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 June 2018